IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
|    GEORGE THORNTON, JR. | * | Bankruptcy No. 23-12800 DER |
| | * | Chapter 13 |
|           Debtor | * | |

*****************************************************************************

THE COMMUNITY DEVELOPMENT
ADMINISTRATION of the DEPARTMENT of
HOUSING and COMMUNITY DEVELOPMENT
for the STATE of MARYLAND

          Creditor/Movant

v.

GEORGE THORNTON, JR.

          Respondent

### NOTICE OF MOTION FOR RELIEF
### FROM STAY AND HEARING THEREON

      The Community Development Administration of the Department of Housing and Community Development for the State of Maryland has filed papers with the Court seeking relief from the Automatic Stay of 11 U.S.C. Section 362(a) to enable it to proceed to foreclosure on the property located at and known as 2643 Liberty Parkway, Dundalk, Maryland 21222. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

Law Offices

**HEISE JORGENSEN & STEFANELLI, P.A.**

18310 Montgomery Village Avenue
Suite 400
Gaithersburg, MD 20879

-------

(301) 977-8400

~ 1 ~

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by July 23, 2024, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

>Stephen B. Jackson, Esquire
>Heise Jorgensen & Stefanelli, P.A.
>18310 Montgomery Village Avenue, Suite 400
>Gaithersburg, Maryland 20879
>(301) 977-8400
>sjackson@heise-law.com

If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for August 5, 2024, at 1:30 p.m. in Courtroom 9-D, United States Bankruptcy Court, Baltimore Division, 101 W. Lombard Street, Baltimore, Maryland 21201.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

HEISE JORGENSEN & STEFANELLI P.A.

By: /s/ Stephen B. Jackson
Stephen B. Jackson, Federal Bar No. 22625
Attorney for Movant
18310 Montgomery Village Avenue, Suite 400
Gaithersburg, MD 20910
(301) 977-8400
sjackson@heise-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July, 2024, copies of the foregoing Notice of Motion for Relief from Stay and Hearing Thereon were served electronically via ECF and/or by first class mail, postage prepaid, upon the parties whose names and addresses are listed below:

1. George Thornton, Jr.
   2643 Liberty Parkway
   Dundalk, MD  21222

I HEREBY CERTIFY that on this 9th day of July, 2024, copies of the foregoing Notice of Motion for Relief from Stay and Hearing Thereon were served electronically via ECF upon the parties whose names and addresses are listed below:

1. Eric Steiner (eric@steinerlawgroup.com)
   Steiner Law Group, LLC
   P.O. Box 17598
   PMB 83805
   Baltimore, MD  21297

2. Brian A. Tucci, Trustee (ECF@ch13balt.com)
   P.O. Box 1110
   Millersville, MD  21108

    /s/ Stephen B. Jackson
Stephen B. Jackson