IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: <br><br> George Thornton, Jr. <br><br> *Debtor* | Case No.: 23-12800 DER <br> Chapter 13 |

**DEBTOR'S RESPONSE TO**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

George Thornton, Jr. ("Debtor"), by and through undersigned counsel, responds to the Motion for Relief from the Automatic Stay ("Motion") filed by the The Community Development Administration Of The Department Of Housing And Community Development For The State Of Maryland ("Movant"), and in support thereof, states:

The Debtor has requested a Consent Order from Movant and is awaiting a draft of the Consent Order.

WHEREFORE, the Debtor requests that this Court deny the Motion.

Respectfully submitted,

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
PO Box 17598, PMB 83805
Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 24th day of July, 2024, a copy of the foregoing was served via the Court's CM/ECF system to:

| | |
|---|---|
| Brian A. Tucci | Stephen Jackson |
| *Chapter 13 Trustee* | *Attorney for Movant* |

*/s/ Eric S. Steiner*
Eric S. Steiner